In The United States District Court
For The Middle District of Alabama
Northern Division

Rodney Alverson #132431,
  Plaintiff.

vs.

Kay Ivey, et al.,
  Defendants

Civil Action Number:
2:20-CV-517-RAH

RECEIVED 2020 NOV -9 A 11:33 DEBRA P. HACKETT, CLK US DISTRICT COURT MIDDLE DISTRICT ALA

## Plaintiff's Motion for a Preliminary and Permanent Injunction

Come's now the plaintiff, and does hereby Respectfully Move's this most Honorable Court to issue a preliminary and permanent injunction ordered to defendant's Dunn and Ivey ordering those defendant's to promptly employ additional and/or more Correctional officer's and/or official's to and at the said Bullock Correctional facility to properly supervise all of the prison inmate's at that facility, which will prevent any-more inmate death's, this motion is based upon the following fact's:

### Fact's:

1. The Bullock Correctional facility is badly understaffed, which is preventing the proper supervision of all of the inmates of that facility.

2. That the lack of proper supervision is and has caused a rise in inmate on inmate violence.

(1)

3. That just in the last 2½ weeks of the month of October, 2020 thier was (4) four inmate deaths at the Bullock Correctional facility due to the lack of inmate supervision by correctional staff all based on the understaffing of that facility.

4. Just sent's March 2020 thier has been 7# seven or more inmate death at the Bullock Correctional facility all that could have been prevented if that correctional facility had of been properly staffed for proper and adequate supervision of all prison inmates of that facility.

5. That if this injunction is issued the number of future inmate death will decline at that facility.

Wherefore for the foregoing facts, plaintiff Respectfully moves this Most Honorable Court to issue and order this requested injunction to save lives.

Dated: November 1st 2020

Respectfully Submitted
by x Rodney Alverson II 132431
Bullock Corr. facility
P.O. Box 5107
Union Springs, Alabama
36089

## Certificate of Service

I the undersigned do hereby certify that a true and correct copy of the foregoing was sent via U.S. Mail on November 1st, 2020 to the defendant's attorney as addressed below

Respectfully Submitted
Rodney Alderson #132431
Plaintiff

1. Attorney General
State of Alabama
501 Washington Ave
Montgomery, Alabama
36130

Rodney Alverson
AIS #132431 D2-17B
Bullock Corr facility
P.O. Box 5107
Union Springs, Alabama
36089

MONTGOMERY AL 360
2020 PM
PITNEY BOWES
02 1P   $ 000.50⁰
0000908516   NOV 06 2020
MAILED FROM ZIP CODE 36089

Legal Mail

Clerks Office
The United States District Court
One Church Street, Suite B-110
Montgomery, Alabama
36104-4018

36104-401801