IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY ALVERSON, #132431, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:20-CV-517-RAH-CSC |
| KAY IVEY, et al., | ) |
| Defendants. | ) |

**ORDER**

On December 2, 2021, the Magistrate Judge filed a Recommendation to which no timely objection has been filed. There being no objection filed to the Recommendation, and after an independent review of the file, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. 146) is ADOPTED.

2. Plaintiff's Motions for Preliminary Injunction (Docs. 88 and 104) are DENIED.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings.

DONE, on this the 19th day of January, 2022.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE