IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY DALE ALVERSON, #132431, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:20-CV-517-RAH-CSC ) ) |
| KAY IVEY, *et al.*, | ) ) |
| Defendants. | |

## **ORDER**

On October 12, 2022, the Magistrate Judge recommended this case be dismissed without prejudice on account of the Plaintiff's failure to abide by the Court's orders. (Doc. 151.) On October 31, 2022, Plaintiff Rodney Dale Alverson filed Objections (Doc. 152) to the Report and Recommendation of the Magistrate Judge. The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made. *See* 28 U.S.C. § 636(b). Upon this court's review and consideration of the arguments set forth in the Objections, the Court agrees with the Magistrate Judge's findings and analysis.

Accordingly, it is ORDERED as follows:

1. The Objections (Doc. 152) are OVERRULED.

2. The Recommendation (Doc. 151) is ADOPTED.

3. This case be DISMISSED without prejudice.

DONE, this 1st day of December, 2022.

                                                   /s/ R. Austin Huffaker, Jr.
                                        R. AUSTIN HUFFAKER, JR.
                                        UNITED STATES DISTRICT JUDGE